```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

FILED
JUL 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | 01: 03-SW-3036 |
|---|---|
|  | 01: 03-SW-3037 |
| 1192 NORWEGIAN, | 01: 03-SW-3038 |
| MODESTO, CALIFORNIA | 01: 03-SW-3039 |
|  |  |
| 4205 DYNASTY LANE, |  |
| MODESTO, CALIFORNIA | ORDER TO UNSEAL SEARCH WARRANT |
|  | AFFIDAVIT AND WARRANTS |
| BANK OF AMERICA SAFE DEPOSIT |  |
| BOX OF JOHN AND LITSA PAPPAS |  |
|  |  |
| UNDERGROUND BOMB SHELTER/ROOM |  |
| LOCATED ON THE PROPERTY ADDRESS |  |
| OF 1192 NORWEGIAN, MODESTO, |  |
| CALIFORNIA |  |

The search warrant affidavit in this case having been sealed by Order of this Court in March 2003, and it appearing that the affidavits and warrants are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: 7/14/2006          _____
                          UNITED STATES MAGISTRATE JUDGE